AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

HARVEY CRIVELLO

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 04-00032 HG

YOU ARE HEREBY COMMANDED TO ARREST HARVEY CRIVELLO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Count 1: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Fifty (50) Grams or more of Methamphetamine



SEALED BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 841.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *Sarla M. Gemino* (signature) | JANUARY 22, 2004 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL       By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  03-16-2004 | James Yun  GS | (signature) |

